IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| FELICIANO AVALOS, JR. | § | |
| VS. | § | CIVIL ACTION NO.   9:22-CV-105 |
| KIMBERLY K. STRIBLIN, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Feliciano Avalos, Jr., a prisoner confined at the Eastham Unit at the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

This action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

On July 21, 2022, Plaintiff was ordered to pay the $402 filing fee or to submit a motion for leave to proceed *in forma pauperis* within twenty days of the date of the order.  As of this date, Plaintiff has not complied with the order.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action *sua sponte* for failure to prosecute or to comply with a court order.  *Griggs v. S.G.E. Mgmt.*, 905 F.3d 835, 844 (5th Cir. 2018); *Larson v. Scott,* 157 F.3d 1030, 1031 (5th Cir. 1998).  "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts."  *Link v. Wabash R.R.*, 370 U.S. 626, 629-30 (1962); *Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997).

Plaintiff has failed to prosecute this case diligently because he has not complied with the court order to pay the filing fee or to submit a motion for leave to proceed *in forma pauperis*. Accordingly, this action should be dismissed without prejudice for want of prosecution.

### Recommendation

This civil rights action should be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

### Objections

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court, except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 17th day of August, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE